## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST )
712 H Street, N.E. )
Suite 1682 )
Washington, D.C. 20002, )
 )
           Plaintiff, )
 )
v. )      Civil Case No. 1:25-cv-387
 )
U.S. DEPARTMENT OF STATE )
2201 C Street, N.W. )
Washington, D.C. 20520, )
 )
           Defendant. )
_____ )

## COMPLAINT

1.     Plaintiff Protect the Public's Trust ("PPT") brings this action against the U.S. Department of State ("DOS") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel DOS's compliance with the FOIA's requirements.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3.     Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.     Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical conduct to all public servants. Consistent with Justice Brandeis's aphorism that "Sunlight is said

1

to be the best of disinfectants, electric light the most efficient policemen," PPT seeks to promote transparency and broadly disseminate information so that the American people can evaluate the integrity and ethical conduct of those who act in their name. Louis Brandeis, OTHER PEOPLE'S MONEY AND HOW BANKERS USE IT. (1914), https://louisville.edu/law/library/special-collections/the-louis-d.-brandeis-collection/other-peoples-money-chapter-v.

5.    Defendant DOS is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1).  DOS has possession, custody, and control of records responsive to Plaintiff's FOIA request.

**STATEMENT OF FACTS**

**Request No. F-2024-03466**

6.    On December 15, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit A) seeking the following records:

1. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Randy Caruso and the list of organizations.
2. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Randy Caruso and the list of White House officials.

Organizations:
| | |
|---|---|
| I. | Sierra Club, "@sierraclub.org" |
| II. | Shwe Yamone Manufacturing Co., "@yamone.com" |
| III. | Defenders of Wildlife, "@defenders.org" |
| IV. | Health Care Without Harm, "@hcwh.org" |
| V. | The Partnership Project, "@partnershipproject.org" |
| VI. | Western Organization of Resource Councils, "@worc.org" |
| VII. | Earthworks, "earthworkssanction.org" |
| VIII. | Western Conservation Foundation, "@wcfnd.org" |
| IX. | National Wildlife Federation, "@nws.org" |
| X. | National Resources Defense Council, "@nrdc.org" |
| XI. | The Wildlife Society, "@wildlife.org" |
| XII. | The Public Interest Network, "@publicinterestnetwork.org" |
| XIII. | Oxfam International, "@oxfam.org" |

| XIV. | The B Team Group of the Partnership Project, "groups.b-team.org" |
| XV. | Care About Climate, "@careaboutclimate.org" |
| XVI. | Center for Biological Diversity, "@biologicaldiversity.org" |
| XVII. | Performance Partners, "@ppartners.com |
| XVIII. | Global Strategic Communications Network, "@gsccnetwork.org" |
| XIX. | Climate Reality Project, "@climatereality.com" |
| XX. | Union of Concerned Scientists, "@ucsusa.org" |
| XXI. | World Resources Institute, "@wri.org" |
| XXII. | Climate Nexus, "@climatenexus.org" |
| XXIII. | The People's Justice Council, "@thepeople'sjusticecouncil.org" |
| XXIV. | Center for American Progress, "@americanprogress.org" |
| XXV. | Friends of the Earth, "foe.org" |
| XXVI. | InterAction, "@interaction.org" |
| XXVII. | US Climate Action Network, "@usclimatenetwork.org" |
| XXVIII. | The Business Council for Sustainable Energy, "@bsce.org" |
| XXIX. | Silverline Communications, "@teamsilverline.com" |
| XXX. | Environmental Defense Fund, "@edf.org" |
| XXXI. | Conservation International "@Conservation.org" |
| XXXII. | C40 Cities, "@C40.org" |
| XXXIII. | Third Generation Environmentalism, "@E3G.org" |
| XXXIV. | United Nations Foundation, "@unfoundation.org" |
| XXXV. | Foreign Policy for America "FP4America.org" |
| XXXVI. | We Mean Business Coalition, "wemeanbusinesscoalition.org" |
| XXXVII. | The Climate Group, "@theclimategroup.org" |
| XXXVIII. | Climate Advisers, "@climateadvisers.org" |
| XXXIX. | Oil Change International, "@thepriceofoil.org" |
| XL. | Center for International Environmental Law, "@ciel.org" |
| XLI. | Bank Information Center, "@bankinformationcenter.org" |
| XLII. | RMI, "@rmi.org" |
| XLIII. | Earthjustice, "@Earthjustice.org" |
| XLIV. | Coalition for Sensible Safeguards, "@goodregs.org" |
| XLV. | Public Citizen, "@citizen.org" |
| XLVI. | Rocky Mountain Institute, "@rmi.org" |

White House Officials:
a) Kitty DiMartino
b) John Podesta
c) Gina McCarthy
d) David Livingston
e) Melanie Nakagawa
f) Maggie Thomas
g) Jahi Wise

7.     Release of these records is in the public interest because it will contribute to the public's understanding of government operations and activities and will contribute to an increased understanding of those operations and activities by the public.

8.     On December 15, 2023, DOS sent PPT an email stating that the request had been filed and assigned request number F-2024-03466 (attached as Exhibit B) and another email stating that the request's status had been updated to "Received" (attached as Exhibit C).

9.     On February 1, 2024, DOS sent PPT an email stating that DOS would not be able to respond to the request within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts." (attached as Exhibit D).

10.     On March 13, 2024, and again on July 15, 2024, DOS sent PPT emails stating the request was "In Process" (attached as Exhibit E and Exhibit F).

11.     Since its July 15, 2024, email, DOS has been silent regarding the request.  To date, DOS has not provided a response to the request, a time estimate for when it will respond, or any further communication regarding it.

12.     Over 423 days have elapsed since DOS received the request, yet DOS still has not made a determination with respect to it.  *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013).  DOS has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determination.

13.     Given these facts, DOS has not met its statutory obligations to provide the requested records.

14.     Through DOS's failure to make a determination within the time period required by

law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial

review.

**Request No. F-2024-03458**

15.     On December 15, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit

G) seeking the following records:

1. From April 14, 2022, through the date this request is processed, records
   of communications to, from, and/or including David Thorne and the list
   of organizations.
2. From April 14, 2022, through the date this request is processed, records
   of communications to, from, and/or including David Thorne and the list
   of White House officials.

Organizations:

| | |
|---|---|
| I. | Sierra Club, "@sierraclub.org" |
| II. | Shwe Yamone Manufacturing Co., "@yamone.com" |
| III. | Defenders of Wildlife, "@defenders.org" |
| IV. | Health Care Without Harm, "@hcwh.org" |
| V. | The Partnership Project, "@partnershipproject.org" |
| VI. | Western Organization of Resource Councils, "@worc.org" |
| VII. | Earthworks, "earthworkssanction.org" |
| VIII. | Western Conservation Foundation, "@wcfnd.org" |
| IX. | National Wildlife Federation, "@nws.org" |
| X. | National Resources Defense Council, "@nrdc.org" |
| XI. | The Wildlife Society, "@wildlife.org" |
| XII. | The Public Interest Network, "@publicinterestnetwork.org" |
| XIII. | Oxfam International, "@oxfam.org" |
| XIV. | The B Team Group of the Partnership Project, "groups.b-team.org" |
| XV. | Care About Climate, "@careaboutclimate.org" |
| XVI. | Center for Biological Diversity, "@biologicaldiversity.org" |
| XVII. | Performance Partners, "@ppartners.com |
| XVIII. | Global Strategic Communications Network, "@gsccnetwork.org" |
| XIX. | Climate Reality Project, "@climatereality.com" |
| XX. | Union of Concerned Scientists, "@ucsusa.org" |
| XXI. | World Resources Institute, "@wri.org" |
| XXII. | Climate Nexus, "@climatenexus.org" |
| XXIII. | The People's Justice Council, "@thepeople'sjusticecouncil.org" |

XXIV.      Center for American Progress, "@americanprogress.org"
XXV.       Friends of the Earth, "foe.org"
XXVI.      InterAction, "@interaction.org"
XXVII.     US Climate Action Network, "@usclimatenetwork.org"
XXVIII.    The Business Council for Sustainable Energy, "@bsce.org"
XXIX.      Silverline Communications, "@teamsilverline.com"
XXX.       Environmental Defense Fund, "@edf.org"
XXXI.      Conservation International "@Conservation.org"
XXXII.     C40 Cities, "@C40.org"
XXXIII.    Third Generation Environmentalism, "@E3G.org"
XXXIV.     United Nations Foundation, "@unfoundation.org"
XXXV.      Foreign Policy for America "FP4America.org"
XXXVI.     We Mean Business Coalition, "wemeanbusinesscoalition.org"
XXXVII.    The Climate Group, "@theclimategroup.org"
XXXVIII.   Climate Advisers, "@climateadvisers.org"
XXXIX.     Oil Change International, "@thepriceofoil.org"
XL.        Center for International Environmental Law, "@ciel.org"
XLI.       Bank Information Center, "@bankinformationcenter.org"
XLII.      RMI, "@rmi.org"
XLIII.     Earthjustice, "@Earthjustice.org"
XLIV.      Coalition for Sensible Safeguards, "@goodregs.org"
XLV.       Public Citizen, "@citizen.org"
XLVI.      Rocky Mountain Institute, "@rmi.org"

White House Officials:
a) Kitty DiMartino
b) John Podesta
c) Gina McCarthy
d) David Livingston
e) Melanie Nakagawa
f) Maggie Thomas
g) Jahi Wise

16.    Release of these records is in the public interest because it will contribute to the public's understanding of government operations and activities and will contribute to an increased understanding of those operations and activities by the public.

17.    On December 15, 2023, DOS sent PPT an email stating that the request had been filed and assigned request number F-2024-03458 (attached as Exhibit H) and another email stating that the request's status had been updated to "Received" (attached as Exhibit I).

18.     On February 1, 2024, DOS sent PPT an email stating that DOS would not be able to respond to the request within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts." (attached as Exhibit J).

19.     On March 19, 2024, DOS sent PPT an email stating the request was "In Process" (attached as Exhibit K).

20.     On April 22, 2024, PPT sent DOS a request for a status update on request# F-2024-03458 (attached as Exhibit L). DOS did not respond.

21.     Since its March 19, 2024, email, DOS has been silent regarding the request.  To date, DOS has not provided a response to the request, a time estimate for when it will respond, or any further communication regarding it.

22.     Over 423 days have elapsed since DOS received the request, yet DOS still has not made a determination with respect to it.  *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013).  DOS has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determination.

23.     Given these facts, DOS has not met its statutory obligations to provide the requested records.

24.     Through DOS's failure to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## Request No. F-2024-03457

25.     On December 15, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit

M) seeking the following records:

1. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Jonathan Pershing and the list of organizations.
2. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Jonathan Pershing and the list of White House officials.

Organizations:

| | |
|---|---|
| I. | Sierra Club, "@sierraclub.org" |
| II. | Shwe Yamone Manufacturing Co., "@yamone.com" |
| III. | Defenders of Wildlife, "@defenders.org" |
| IV. | Health Care Without Harm, "@hcwh.org" |
| V. | The Partnership Project, "@partnershipproject.org" |
| VI. | Western Organization of Resource Councils, "@worc.org" |
| VII. | Earthworks, "earthworkssanction.org" |
| VIII. | Western Conservation Foundation, "@wcfnd.org" |
| IX. | National Wildlife Federation, "@nws.org" |
| X. | National Resources Defense Council, "@nrdc.org" |
| XI. | The Wildlife Society, "@wildlife.org" |
| XII. | The Public Interest Network, "@publicinterestnetwork.org" |
| XIII. | Oxfam International, "@oxfam.org" |
| XIV. | The B Team Group of the Partnership Project, "groups.b-team.org" |
| XV. | Care About Climate, "@careaboutclimate.org" |
| XVI. | Center for Biological Diversity, "@biologicaldiversity.org" |
| XVII. | Performance Partners, "@ppartners.com |
| XVIII. | Global Strategic Communications Network, "@gsccnetwork.org" |
| XIX. | Climate Reality Project, "@climatereality.com" |
| XX. | Union of Concerned Scientists, "@ucsusa.org" |
| XXI. | World Resources Institute, "@wri.org" |
| XXII. | Climate Nexus, "@climatenexus.org" |
| XXIII. | The People's Justice Council, "@thepeople'sjusticecouncil.org" |
| XXIV. | Center for American Progress, "@americanprogress.org" |
| XXV. | Friends of the Earth, "foe.org" |
| XXVI. | InterAction, "@interaction.org" |
| XXVII. | US Climate Action Network, "@usclimatenetwork.org" |
| XXVIII. | The Business Council for Sustainable Energy, "@bsce.org" |
| XXIX. | Silverline Communications, "@teamsilverline.com" |
| XXX. | Environmental Defense Fund, "@edf.org" |
| XXXI. | Conservation International "@Conservation.org" |

XXXII.        C40 Cities, "@C40.org"
XXXIII.       Third Generation Environmentalism, "@E3G.org"
XXXIV.        United Nations Foundation, "@unfoundation.org"
XXXV.         Foreign Policy for America "FP4America.org"
XXXVI.        We Mean Business Coalition, "wemeanbusinesscoalition.org"
XXXVII.       The Climate Group, "@theclimategroup.org"
XXXVIII.      Climate Advisers, "@climateadvisers.org"
XXXIX.        Oil Change International, "@thepriceofoil.org"
XL.           Center for International Environmental Law, "@ciel.org"
XLI.          Bank Information Center, "@bankinformationcenter.org"
XLII.         RMI, "@rmi.org"
XLIII.        Earthjustice, "@Earthjustice.org"
XLIV.         Coalition for Sensible Safeguards, "@goodregs.org"
XLV.          Public Citizen, "@citizen.org"
XLVI.         Rocky Mountain Institute, "@rmi.org"

White House Officials:
a)  Kitty DiMartino
b)  John Podesta
c)  Gina McCarthy
d)  David Livingston
e)  Melanie Nakagawa
f)  Maggie Thomas
g)  Jahi Wise

26.    Release of these records is in the public interest because it will contribute to the public's understanding of government operations and activities and will contribute to an increased understanding of those operations and activities by the public.

27.    On December 15, 2023, DOS sent PPT an email stating that the request had been filed and assigned request number F-2024-03457 (attached as Exhibit N) and another email stating that the request's status had been updated to "Received" (attached as Exhibit O).

28.    On February 1, 2024, DOS sent PPT an email stating that DOS would not be able to respond to the request within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts." (attached as Exhibit P).

29.     On March 19, 2024, and again on April 3, 2024, DOS sent PPT emails stating the request was "In Process" (attached as Exhibit Q and Exhibit R).

30.     Since its April 3, 2024, email, DOS has been silent regarding the request. To date, DOS has not provided a response to the request, a time estimate for when it will respond, or any further communication regarding it.

31.     Over 423 days have elapsed since DOS received the request, yet DOS still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOS has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determination.

32.     Given these facts, DOS has not met its statutory obligations to provide the requested records.

33.     Through DOS's failure to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

### **Request No. F-2024-03465**

34.     On December 15, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit S) seeking the following records:

1. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Sue Biniaz and the list of organizations.
2. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Sue Biniaz and the list of White House officials.

Organizations:

I.      Sierra Club, "@sierraclub.org"
II.     Shwe Yamone Manufacturing Co., "@yamone.com"
III.    Defenders of Wildlife, "@defenders.org"
IV.     Health Care Without Harm, "@hcwh.org"
V.      The Partnership Project, "@partnershipproject.org"
VI.     Western Organization of Resource Councils, "@worc.org"
VII.    Earthworks, "earthworkssanction.org"
VIII.   Western Conservation Foundation, "@wcfnd.org"
IX.     National Wildlife Federation, "@nws.org"
X.      National Resources Defense Council, "@nrdc.org"
XI.     The Wildlife Society, "@wildlife.org"
XII.    The Public Interest Network, "@publicinterestnetwork.org"
XIII.   Oxfam International, "@oxfam.org"
XIV.    The B Team Group of the Partnership Project, "groups.b-team.org"
XV.     Care About Climate, "@careaboutclimate.org"
XVI.    Center for Biological Diversity, "@biologicaldiversity.org"
XVII.   Performance Partners, "@ppartners.com
XVIII.  Global Strategic Communications Network, "@gsccnetwork.org"
XIX.    Climate Reality Project, "@climatereality.com"
XX.     Union of Concerned Scientists, "@ucsusa.org"
XXI.    World Resources Institute, "@wri.org"
XXII.   Climate Nexus, "@climatenexus.org"
XXIII.  The People's Justice Council, "@thepeople'sjusticecouncil.org"
XXIV.   Center for American Progress, "@americanprogress.org"
XXV.    Friends of the Earth, "foe.org"
XXVI.   InterAction, "@interaction.org"
XXVII.  US Climate Action Network, "@usclimatenetwork.org"
XXVIII. The Business Council for Sustainable Energy, "@bsce.org"
XXIX.   Silverline Communications, "@teamsilverline.com"
XXX.    Environmental Defense Fund, "@edf.org"
XXXI.   Conservation International "@Conservation.org"
XXXII.  C40 Cities, "@C40.org"
XXXIII. Third Generation Environmentalism, "@E3G.org"
XXXIV.  United Nations Foundation, "@unfoundation.org"
XXXV.   Foreign Policy for America "FP4America.org"
XXXVI.  We Mean Business Coalition, "wemeanbusinesscoalition.org"
XXXVII. The Climate Group, "@theclimategroup.org"
XXXVIII. Climate Advisers, "@climateadvisers.org"
XXXIX.  Oil Change International, "@thepriceofoil.org"
XL.     Center for International Environmental Law, "@ciel.org"
XLI.    Bank Information Center, "@bankinformationcenter.org"
XLII.   RMI, "@rmi.org"
XLIII.  Earthjustice, "@Earthjustice.org"

XLIV.      Coalition for Sensible Safeguards, "@goodregs.org"
XLV.       Public Citizen, "@citizen.org"
XLVI.      Rocky Mountain Institute, "@rmi.org"

White House Officials:
a)  Kitty DiMartino
b)  John Podesta
c)  Gina McCarthy
d)  David Livingston
e)  Melanie Nakagawa
f)  Maggie Thomas
g)  Jahi Wise

35.     Release of these records is in the public interest because it will contribute to the public's understanding of government operations and activities and will contribute to an increased understanding of those operations and activities by the public.

36.     On December 15, 2023, DOS sent PPT an email stating that the request had been filed and assigned request number F-2024-03465 (attached as Exhibit T) and another email stating that the request's status had been updated to "Received" (attached as Exhibit U).

37.     On February 1, 2024, DOS sent PPT an email stating that DOS would not be able to respond to the request within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts." (attached as Exhibit V).

38.     On April 1, 2024, and again on April 22, 2024, DOS sent PPT emails stating the request was "In Process" (attached as Exhibit W and Exhibit X).

39.     Since its April 22, 2024, email, DOS has been silent regarding the request.  To date, DOS has not provided a response to the request, a time estimate for when it will respond, or any further communication regarding it.

40.     Over 423 days have elapsed since DOS received the request, yet DOS still has not made a determination with respect to it.  *See Citizens for Responsibility and Ethics in Washington*

*v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOS has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determination.

41.    Given these facts, DOS has not met its statutory obligations to provide the requested records.

42.    Through DOS's failure to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## **Request No. F-2024-03468**

43.    On December 15, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit Y) seeking the following records:

> 1. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Rick Duke and the list of organizations.
> 2. From April 14, 2022, through the date this request is processed, records of communications to, from, and/or including Rick Duke and the list of White House officials.
>
> Organizations:
> I.       Sierra Club, "@sierraclub.org"
> II.      Shwe Yamone Manufacturing Co., "@yamone.com"
> III.     Defenders of Wildlife, "@defenders.org"
> IV.      Health Care Without Harm, "@hcwh.org"
> V.       The Partnership Project, "@partnershipproject.org"
> VI.      Western Organization of Resource Councils, "@worc.org"
> VII.     Earthworks, "earthworkssanction.org"
> VIII.    Western Conservation Foundation, "@wcfnd.org"
> IX.      National Wildlife Federation, "@nws.org"
> X.       National Resources Defense Council, "@nrdc.org"
> XI.      The Wildlife Society, "@wildlife.org"
> XII.     The Public Interest Network, "@publicinterestnetwork.org"
> XIII.    Oxfam International, "@oxfam.org"

| XIV. | The B Team Group of the Partnership Project, "groups.b-team.org" |
| XV. | Care About Climate, "@careaboutclimate.org" |
| XVI. | Center for Biological Diversity, "@biologicaldiversity.org" |
| XVII. | Performance Partners, "@ppartners.com |
| XVIII. | Global Strategic Communications Network, "@gsccnetwork.org" |
| XIX. | Climate Reality Project, "@climatereality.com" |
| XX. | Union of Concerned Scientists, "@ucsusa.org" |
| XXI. | World Resources Institute, "@wri.org" |
| XXII. | Climate Nexus, "@climatenexus.org" |
| XXIII. | The People's Justice Council, "@thepeople'sjusticecouncil.org" |
| XXIV. | Center for American Progress, "@americanprogress.org" |
| XXV. | Friends of the Earth, "foe.org" |
| XXVI. | InterAction, "@interaction.org" |
| XXVII. | US Climate Action Network, "@usclimatenetwork.org" |
| XXVIII. | The Business Council for Sustainable Energy, "@bsce.org" |
| XXIX. | Silverline Communications, "@teamsilverline.com" |
| XXX. | Environmental Defense Fund, "@edf.org" |
| XXXI. | Conservation International "@Conservation.org" |
| XXXII. | C40 Cities, "@C40.org" |
| XXXIII. | Third Generation Environmentalism, "@E3G.org" |
| XXXIV. | United Nations Foundation, "@unfoundation.org" |
| XXXV. | Foreign Policy for America "FP4America.org" |
| XXXVI. | We Mean Business Coalition, "wemeanbusinesscoalition.org" |
| XXXVII. | The Climate Group, "@theclimategroup.org" |
| XXXVIII. | Climate Advisers, "@climateadvisers.org" |
| XXXIX. | Oil Change International, "@thepriceoffoil.org" |
| XL. | Center for International Environmental Law, "@ciel.org" |
| XLI. | Bank Information Center, "@bankinformationcenter.org" |
| XLII. | RMI, "@rmi.org" |
| XLIII. | Earthjustice, "@Earthjustice.org" |
| XLIV. | Coalition for Sensible Safeguards, "@goodregs.org" |
| XLV. | Public Citizen, "@citizen.org" |
| XLVI. | Rocky Mountain Institute, "@rmi.org" |

White House Officials:
a) Kitty DiMartino
b) John Podesta
c) Gina McCarthy
d) David Livingston
e) Melanie Nakagawa
f) Maggie Thomas
g) Jahi Wise

14

44.     Release of these records is in the public interest because it will contribute to the public's understanding of government operations and activities and will contribute to an increased understanding of those operations and activities by the public.

45.     On December 15, 2023, DOS sent PPT an email stating that the request had been filed and assigned request number F-2024-03468 (attached as Exhibit Z) and another email stating that the request's status had been updated to "Received" (attached as Exhibit AA).

46.     On February 1, 2024, DOS sent PPT an email stating that DOS would not be able to respond to the request within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts." (attached as Exhibit BB).

47.     On March 19, 2024, DOS sent PPT an email acknowledging PPT's request (attached as Exhibit CC).

48.     Since its March 19, 2024, email, DOS has been silent regarding the request.  To date, DOS has not provided a response to the request, a time estimate for when it will respond, or any further communication regarding it.

49.     Over 423 days have elapsed since DOS received the request, yet DOS still has not made a determination with respect to it.  *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013).  DOS has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determination.

50.     Given these facts, DOS has not met its statutory obligations to provide the requested records.

51.    Through DOS's failure to make a determination within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

**Request No. F-2023-08113**

52.    On April 28, 2023, PPT submitted a FOIA request to DOS (attached as Exhibit DD) seeking the following records:

1.    The accreditation memo (or "Accred memo") as it is described in the records) detailing the names and expected roles of all U.S. government COP26 attendees.

53.    On May 1, 2023, DOS sent PPT an email stating that DOS would not be able to respond Request # F-2023-08113 within the 20 days provided by the FOIA statute due to "unusual circumstances" that included "the need to search for and collect requested records from other Department offices or Foreign Services Posts" (attached as Exhibit EE).

54.    On July 20, 2023, and August 18, 2023, DOS sent PPT emails stating that the status of Request # F-2023-08113 was "In Process" (attached as Exhibit FF and Exhibit GG).

**COUNT I**

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

55.    PPT repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

56.    PPT's requests were properly submitted request for records within the possession, custody, and control of DOS.

57.    DOS is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

58.     DOS is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

59.     DOS's failure to provide all non-exempt responsive records violates FOIA.

60.     Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring DOS to promptly produce all non-exempt records responsive to its FOIA requests and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

### **REQUESTED RELIEF**

Plaintiff PPT respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant DOS complies with the requirements of FOIA and any and all orders of this Court.

(2) Order DOS to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to PPT's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

(3) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant PPT other such relief as the Court deems just and proper.

Dated: December 11, 2024                    Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

/s/ Karin M. Sweigart
Karin M. Sweigart
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
KSweigart@dhillonlaw.com

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*